■ In the Matter of DONAVIN G.H. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DIANE G., Appellant, et al., Respondent. (Proceeding No. 1.) In the Matter of IYANA G.H. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DIANE G., Appellant, et al., Respondent. (Proceeding No. 2.) [28 NYS3d 617]—Appeal from an order of the Family Court, Kings County (Alan Beckoff, J.), dated July 9, 2015. The order, after a hearing, denied the mother's application pursuant to Family Court Act § 1028 for the return of the subject children to her custody.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The appeal has been rendered academic by the mother's consent to the entry of a finding of neglect (*see Matter of*

*Melanie C. [Melissa L.]*, 128 AD3d 460 [2015]; *Matter of Jovan W. v Ticarrah W.P.*, 92 AD3d 888 [2012]; *Matter of Christine G.*, 61 AD3d 756 [2009]; *Matter of Charnel T.*, 49 AD3d 427 [2008]; *Matter of Eddie J.*, 273 AD2d 239 [2000]). Mastro, J.P., Dickerson, Hall and Sgroi, JJ., concur.